HOOVER v. WILSON

No. 256P90

Case below: 98 N.C.App. 514

Motion by defendants to dismiss appeal by plaintiff for lack of substantial constitutional question allowed 8 November 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

IN RE REQUEST FOR DECLARATORY RULING BY TOTAL CARE, INC.

No. 423P90

Case below: 99 N.C.App. 517

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

KEMPSON v. N.C. DEPT. OF HUMAN RESOURCES

No. 570P90

Case below: 100 N.C.App. 482

Petition by defendant for temporary stay allowed pending consideration and determination of defendant's petition for discretionary review 11 December 1990.

LaBARRE v. DUKE UNIVERSITY

No. 408P90

Case below: 99 N.C.App. 563

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

LEWIS v. LEWIS

No. 199P90

Case below: 98 N.C.App. 138

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.